IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | * Criminal No. – JFM-10-055 |
| STEVE WALKER | * |

## MEMORANDUM

Steve Walker has filed a motion for reduction of sentence. The motion (document 33) is denied. Walker was sentenced to 120 months imprisonment. However, he was a career offender with a criminal history category VI. This meant that he had a sentencing range of 151-188 months. As a career offender, he is not eligible for Guideline amendments based upon the drug guidelines. *See United States v. Munn*, 595 F.3d 183, 188 (4th Cir. 2010).

A separate order denying Walker's motion is being entered herewith.

Date: /signature/

/signature/
J. Frederick Motz
United States District Judge

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2017 JAN -5 PH 3:30
CLERK'S OFFICE
AT BALTIMORE
BY_____ DEPUTY

1